UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRIAN ZAHN,

          Plaintiff,

   v.

BRIAN APPLEBURY, et al.,

          Defendants.

No. CV-05-371-FVS

ORDER

**THIS MATTER** having come before the Court based upon Brian Zahn's "Motion for Reconsideration"; Now, therefore

**IT IS HEREBY ORDERED**:

Mr. Zahn's "Motion for Reconsideration" (**Ct. Rec. 87**) is denied; provided, the deadline for filing an amended complaint is extended until July 13, 2007.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Mr. Zahn and counsel for the defendants.

**DATED** this ___18th___ day of June, 2007.

                     s/ Fred Van Sickle
                        Fred Van Sickle
             United States District Judge

ORDER - 1